# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128043

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES LIEDEL,
      Plaintiff-Appellant,

v

                                  SC: 128043
                                  COA: 249772
                                  Wayne CC: 02-211394-NO

JANIS R. HOLLAND,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005                                  

d0919                                             Clerk